

# WURZEL
# LAW GROUP, PLLC.

August 2, 2023

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Via ECF

RE:     *Chatman v. Nassau County, et al.*
        Case #:   CV-23-1520 (NGG)

Dear Honorable Magisrate Judge Tiscione:

        This Firm represents plaitniff in the above captioned matter.  With the consent of defense counsel, Sheharyar Ali, Esq., it is respectfully requested that the Settlement Conference scheduled for August 29, 2023 at 11:00 a.m., be adjourned.  The following is in compliance with your Honor's Individual Practice Rules, Rule 1D:
(1)     original date of the conference and/or deadline- August 29, 2023 at 11:00 a.m.;
(2)     number of previous requests for adjournment or extension, and whether these previous requests were granted or denied- no prior requests;
(3)     whether the adversary consents, and, if  not, the reasons given by the adversary for refusing to consent- yes, on consent;
(4)      reason for the adjournment or extension request- plans to be out of State;
(5)     Suggested adjournment date or a proposed revised schedule with specific dates- September 12, 13, 14, 19 or 21, 2023.

        Thank you in advance for your professional cooperation concerning this matter.

                                Sincerely yours,

                                Wurzel Law Group, PLLC.

                                Glenn J. Wurzel, Esq.

---

249-12 Jericho Turnpike, Suite 230   ●    Telephone:  (516) 481-7617
Floral Park, New York 11001   ●    Facsimile:  (516) 481-0477
WWW.WURZELAW.COM