

# WURZEL
# LAW GROUP, PLLC.

May 29, 2024

Honorable Judge Nusrat J. Choudhury
Magistrate Judge Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722
Via ECF

RE:     *Chatman v. County of Nassau, et al.*
        <u>Case Number:</u>  <u>2:23-cv-01520-NJC-ST</u>

Dear Honorable Judge Choudhury & Magistrate Judge Tiscione:

This Firm represents plaintiff Chatman in the above referenced matter. I am writing on behalf of plaintiff Chatman and with the consent of County of Nassau defendants. This matter was previously scheduled for settlement conference before Magistrate Judge Tiscione. At the conclusion of that settlement conference, Magistrate Judge Tiscione offered the parties the opportunity to appear before him for additional settlement conferences. The parties have completed the depositions of plaintiff and the main defendant. At this time, we respectfully request that this matter be scheduled for settlement conference. Defense counsel and I are available June 19, 20 or 24th. Thank you in advance for your professional cooperation.

Sincerely yours,

Wurzel Law Group, PLLC.,

Glenn J. Wurzel, Esq.

cc: Sheharyar Ali, attorney for defendants (via ECF)

---