UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— x

RONALD CHATMAN,

Docket #: CV-23-1520 (NGG)

Plaintiff,

-against-

COUNTY OF NASSAU, STATE OF NEW
YORK; NASSAU COUNTY POLICE
DEPARTMENT; NASSAU POLICE OFFICER
GREGORY FISHER (4077); NASSAU POLICE
OFFICER JOSEPH ARLOTTA (9992); NASSAU
POLICE OFFICER DAVID ANDREANI;
NASSAU POLICE OFFICER JOSEPH
CALAMITA; and Does 1 through 10,

NOTICE AND
ACKNOWLEDGMENT OF
CHARGING LIEN

Defendants.

——————————————————————— x

Please take notice that pursuant to Judiciary Law § 475, Wurzel Law Group,

PLLC., located at 249-12 Jericho Turnpike, Suite 230, Floral Park, New York 11001

(hereinafter referred to as "Firm") as former counsel for the above named plaintiff Ronald

Chatman hereby asserts a charging lien in a sum to be fixed at the time of settlement or

issuance of judgment, for legal services in connection with the Firm's representation of

the plaintiff in the above captioned action upon any cause of action or claim plaintiff may

have in said action. Said lien shall attach to any settlement, verdict, report, determination,

judgment, decision or final order in plaintiff's favor and the proceeds therefrom in

1

whatever hands they may come. Said lien cannot be affected by any settlement between the parties, before or after judgement, final order or determination.

DEMAND IS HEREBY made that the parties hereto and their respective attorneys, shall give notice, prior to the distribution of any assets and/or monies of whatever nature to the plaintiff, to the undersigned lienor of same, and shall further provide the undersigned lienor with notice of settlement and/or notice of entry of any judgment or order relative to any distribution of assets to plaintiff.

DEMAND IS HEREBY MADE, that in the event that any attorney is hereinafter substituted as counsel, it shall provide the incoming attorney with a copy of this charging lien and shall notify the Firm of the identification of incoming counsel. This stipulation may be executed in counter-parts and facsimile signatures shall be deemed originals for all purposes.

Dated:  Floral Park, New York
~~July 30, 2024~~
November 11, 2024

Wurzel Law Group, PLLC.

By: _____
Glenn J. Wurzel
249-12 Jericho Turnpike, Suite 230
Floral Park, New York 11001
(516) 481-7617

Agreed and acknowledged by:

_____
Ronald Chapman, plaintiff

_____
Joseph Dell
Dell & Dean
1225 Franklin Ave., Suite 360
Garden City, New York 11530

2