

# DELL & DEAN, PLLC

## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 360**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**

**www.D2TrialLaw.com**

June 6, 2025

<u>**VIA ECF ONLY**</u>

Honorable Magistrate Judge Steven L. Tiscione
United State District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Chatman v. COUNTY OF NASSAU
              Docket No.: 23-cv-01520

Dear Judge Tiscione:

The undersigned represents Plaintiff in the above-captioned matter. Pursuant to the Order dated May 30, 2025, please accept this correspondence as the Plaintiff's Status Report.

Plaintiff has served updated treatment authorizations upon Defendant pursuant to the Court's directive. Additionally, Defendant has not yet noticed Plaintiff for an IME, nor has Defendant provided this office with a copy of Plaintiff's deposition transcript together with any and all marked exhibits.

Prior to submitting this letter, the undersigned attempted to confer with Defense counsel to no avail, including, but not limited to an email to Defense counsel this morning enclosing a copy of the subject Status Report.

Thank you for your time and consideration in this matter.

              Respectfully Submitted,
              */s/Justin Curtis*
              Justin S. Curtis (JC-2922)

JSC/fl

cc: Counsel of Record via ECF