

# DELL&DEAN, PLLC

## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 360**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**

**www.D2TrialLaw.com**

June 27, 2025

**<u>VIA ECF ONLY</u>**

Honorable Magistrate Judge Steven L. Tiscione
United State District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  Chatman v. COUNTY OF NASSAU
> Docket No.:  23-cv-01520

Dear Judge Tiscione:

The undersigned represents Plaintiff in the above-captioned matter. Pursuant to the Order dated June 13, 2025, please accept this correspondence as the parties Joint Status Report.

Plaintiff has served updated treatment authorizations upon Defendant pursuant to the Court's directive. Additionally, Defendant has not yet noticed Plaintiff for an IME(s). Defendant has, however, provided the undersigned with a copy of the Plaintiff's Deposition.

Prior to submitting this letter, the undersigned conferred with Defense counsel and was advised that the County is in the process of scheduling IME(s) with its vendor. The parties anticipate that fact discovery, including, but not limited to all depositions, and IME(s), will be completed by August 27, 2025.

At that time, the parties feel an in person settlement conference is not only appropriate, but will be fruitful.

Thank you for your time and consideration in this matter.

> Respectfully Submitted,
> */s/Justin Curtis*
> Justin S. Curtis (JC-2922)

JSC/fl

cc:  Counsel of Record via ECF