# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 5, 2026 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-23-1520 (NJC) |
| NAME OF CASE(S): | Chatman v. County Of Nassau et al |
| FOR PLAINTIFF(S): | Bloom |
| FOR DEFENDANT(S): | Zotto |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM   Settlement Conference          :

Settlement discussions were held but Defendants need additional time to complete an IME and re-present the case to the legislature for additional settlement authority.  Parties shall file a joint status report by March 6, 2026.