

# DELL & DEAN, PLLC

## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 360**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**

**www.D2TrialLaw.com**

March 6, 2026

**<u>VIA ECF ONLY</u>**

Honorable Magistrate Judge Steven L. Tiscione
United State District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:  Chatman v. COUNTY OF NASSAU
       Docket No.:  23-cv-01520

Dear Judge Tiscione:

  The undersigned represents Plaintiff in the above-captioned matter. Pursuant to the Order dated January 5, 2026, please accept this correspondence as the parties Joint Status Report.

  Both parties are actively in the process of engaging in expert discovery/disclosure. Defendant noticed and conducted an Orthopedic IME on February 2, 2026 and is in the process of noticing/scheduling a Psychiatric IME. The parties anticipate all expert discovery will be completed in 90 days, at which time the parties request an in person settlement conference.

  At the current time, the parties do not anticipate that an in person settlement conference would be fruitful until after all expert disclosure has been exchanged by all parties.

  Thank you for your time and consideration in this matter.

        Respectfully Submitted,
        */s/Justin Curtis*
        Justin S. Curtis (JC-2922)

JSC/fl

cc:  Counsel of Record via ECF