# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 10, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 23cv1520-NJC-ST |
| NAME OF CASE(S): | Chatman v. County Of Nassau et al |
| FOR PLAINTIFF(S): | Spoerer |
| FOR DEFENDANT(S): | Dalton |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Settlement Conference          :

Parties report that all fact discovery is complete and Plaintiff has disclosed expert reports. Defendants shall disclose any rebuttal expert reports by July 10, 2026 and expert depositions shall be completed by August 10, 2026.  The deadline for beginning dispositive motion practice is September 11, 2026.  Defendants report that since Mr. Zotto is no longer employed by the Nassau County Atttorney's Office, this case will be referred to outside counsel next week.  New counsel shall file a notice of appearance as soon as possible and the parties shall provide the Court with proposed dates for a settlement conference prior to dispositive motion practice.