DELL & DEAN, PLLC
ATTORNEYS AT LAW

1225 FRANKLIN AVENUE, SUITE 360
GARDEN CITY, NEW YORK 11530
OFFICE 516.880.9700

www.D2TrialLaw.com

October 15, 2026

**VIA ECF ONLY**

Honorable Magistrate Judge Steven L. Tiscione
United State District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Chatman v. COUNTY OF NASSAU
Docket No.: 23-cv-01520

Dear Judge Tiscione:

The undersigned represents Plaintiff in the above-captioned matter. The purpose of this letter is to advise the Court and Your Honor that Plaintiff is rejecting the recommended settlement amount discussed on September 23, 2026.

The undersigned has communicated with and advised defense counsel of same.

Thank you for your time attention in this matter.

Respectfully Submitted,
*/s/Justin Curtis*
Justin S. Curtis (JC-2922)

JSC/fl